IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-CR-30003-WDS |
| | ) | |
| TYRONE W. JACKSON and | ) | |
| MADLON S. LADD, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM & ORDER**

**STIEHL, District Judge:**

Before the Court is defendant Tyrone W. Jackson's Motion for Miscellaneous Relief (Doc. 67) to which the government has filed a response (Doc. 71). In this motion the defendant, who is representing himself at trial, seeks access to a telephone card to allow him to make telephone calls to witnesses relating to his defense from the jail. He also seeks access to a secure telephone line, not subject to recording, and to DVD equipment at the St. Clair County Jail so that he can review the recordings of the controlled buys which were provided in the government's discovery.

In response, the government objects to the defendant's motion on the grounds that the defendant, by electing to represent himself and forego the representation of counsel, is not entitled to special treatment not available to other detainees.

The Seventh Circuit has stated:

> The constitution does not require in the case of a prisoner who elects to represent himself pro se, that he be exempted from regular jail procedures and searches, and *no duty exists where such facilities are not commonly available in a common jail, to provide him law books, or private telephones, or unlimited*

> *access to witnesses, investigators or other items he may feel necessary.*

*United States ex rel. George v. Lane*, 718 F.2d 226, 230 (7th Cir. 1983) (emphasis added).

Here, the defendant is seeking access to items, services and privileges not available to other detained individuals awaiting trial. The Court therefore **DENIES** the defendant's motion for miscellaneous relief, but will ask the United States Marshals Service and the St. Clair County Jail to make the following accommodations for the defendant for the preparation for trial and during the trial period:

1. The United States Marshal shall transport the defendant to the United States Courthouse on Monday, July 14, 2008. Stand-by counsel shall be present and the defendant, assisted by stand-by counsel shall have access to a DVD player to review the discovery provided by the government in this case. The United States Marshals Service shall be allowed to impose any reasonable conditions on the use of such equipment as are necessary for security purposes.

2. The St. Clair County Jail shall make reasonable accommodations to the defendant for telephone access during the period from July 12, 2008, through the conclusion of the trial. The Court **DENIES** the defendant's request that he be provided a secure telephone line. The defendant may consult with and use stand-by counsel to make any telephone calls to potential witnesses which he desires not to be recorded.

IT IS SO ORDERED.

DATE:     11 July, 2008

                                                       s/ WILLIAM D. STIEHL
                                                           District Judge