## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 08-CR-30003-01-WDS |
| TYRONE W. JACKSON, | ) ) | |
| Defendant. | ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is defendant's pro se document entitled, "Supplement." This document was intended to be a supplement to his motion to dismiss (Doc. 166) which the Court denied in a written order on January 14, 2009 (*See Memorandum & Order*, Doc. 167). The Court will, therefore, construe the supplement as a motion for reconsideration of the Court's Order of January 14, 2009. The Court **DIRECTS** the government to file a response to the motion for reconsideration on or before January 27, 2009. This matter is re-scheduled for sentencing on Wednesday, February 11, 2009, at 1:30 P.M.

**IT IS SO ORDERED.**

DATE:    20 January, 2009

                                                                                s/ **WILLIAM D. STIHEL**
                                                                                   **DISTRICT JUDGE**